1  PILLSBURY WINTHROP SHAW PITTMAN LLP
2  MARK D. LITVACK (SBN 183652)
   CAROLYN S. TOTO (SBN 233825)
3  725 South Figueroa Street, 36th Floor
4  Los Angeles, CA 90017-5524
   Telephone:    213.488.7100
5  Facsimile:    213.629.1033

6
   PILLSBURY WINTHROP SHAW PITTMAN LLP
7  RANJINI ACHARYA (SBN 290877)
8  2550 Hanover Street
   Palo Alto, CA 94304-1115
9  Telephone:    650.233.4500
10 Facsimile:    650.233.4545

11 Attorneys for Defendant FLUIDMASTER, INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANCO, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>vs.<br><br>FLUIDMASTER, INC., a California corporation; and DOES 1 THROUGH 5, inclusive<br><br>Defendants. | **Case No. 8:23-cv-01156-FWS-DFM**<br><br>**DEFENDANT FLUIDMASTER, INC.'S NOTICE OF INTERESTED PARTIES (L.R. 7.1-1) AND CORPORATE DISCLOSURE STATEMENT (Fed. R. Civ. P. 7.1)** |

Pursuant to L.R. 7.1-1 and Fed. R. Civ. P. 7.1, Defendant Fluidmaster, Inc. ("Fluidmaster") provides the following statement:

Fluidmaster states that it has no parent corporation and no public corporation owns ten percent (10%) or more of its stock. Moreover, the undersigned, counsel of record for Fluidmaster, further certifies that Fluidmaster may have limited coverage from a privately held insurance company with overlapping ownership with Fluidmaster.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: July 5, 2023

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: */S/ MARK D. LITVACK*
MARK D. LITVACK
CAROLYN S. TOTO
RANJINI ACHARYA
Attorneys for Defendant
FLUIDMASTER, INC.