| | | |
|---|---|---|
| 1 | Eric G. Maurer (GA Bar # 478199) | **PILLSBURY WINTHROP SHAW PITTMAN LLP** |
| 2 | *(pro hac vice)* Email: e.maurer@thip.law | MARK D. LITVACK (SBN 183652) |
| 3 | Cynthia J. Lee (GA Bar # 442999) *(pro hac vice)* | mark.litvack@pillsburylaw.com CAROLYN S. TOTO (SBN 233825) |
| 4 | Email: c.lee@thip.law | carolyn.toto@pillsburylaw.com |
| 5 | **THOMAS | HORSTEMEYER, LLP** 3200 Windy Hill Road, Suite 1600E | 725 South Figueroa Street, 36th Floor Los Angeles, CA 90017-5524 |
| 6 | Atlanta, Georgia 30339 | Telephone:  213.488.7100 |
| 7 | Telephone: 770-933-9500 Fax: 770-951-0933 | Facsimile:   213.629.1033 |
| 8 | | RANJINI ACHARYA (SBN 290877) |
| 9 | J. Mark Holland (CA Bar No. 140453) Email: mholland@jmhlaw.com | ranjini.acharya@pillsburylaw.com 2550 Hanover Street |
| 10 | **J. MARK HOLLAND &** | Palo Alto, CA 94304-1115 |
| 11 | **ASSOCIATES** a Professional Law Corporation | Telephone:   650.233.4500 Facsimile:    650.233.4545 |
| 12 | 19800 MacArthur Boulevard, Suite 300 Irvine, CA 92612 | *Counsel for Defendant Fluidmaster, Inc.* |
| 13 | Telephone: (949) 718-6750 | |
| 14 | Facsimile: (949) 718-6756 | |

*Counsel for Plaintiff Danco, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANCO, INC., a Delaware corporation, | Case No. 8:23-cv-01156-AB-DFM |
| Plaintiff, | JOINT STIPULATION REGARDING FILING OF AMENDED PLEADINGS |
| v. | |
| FLUIDMASTER, INC., a California corporation, | |
| Defendant. | |

-1-

Plaintiff Danco, Inc. ("Danco") and Defendant Fluidmaster, Inc. ("Fluidmaster") (collectively, the "Parties"; each individually, a "Party"), by and through their undersigned counsel, hereby stipulate as follows and respectfully request the Court enter the proposed order filed herewith.

WHEREAS, Danco filed its original complaint in this action on June 28, 2023;

WHEREAS, the deadline for Fluidmaster to answer or otherwise respond to the complaint is currently September 26, 2023;

WHEREAS, the Parties conferred and Danco has agreed to file an amended complaint attaching exhibits that were inadvertently omitted from the original complaint;

WHEREAS, Danco has agreed to file its first amended complaint on or before October 2, 2023;

WHEREAS, the Parties conferred and agreed that Fluidmaster shall file its answer or otherwise respond to Danco's first amended complaint on or before November 15, 2023;

NOW THEREFORE, the Parties hereby STIPULATE as follows:

1. Danco shall file its first amended complaint on or before October 2, 2023; and

2. Fluidmaster shall answer or otherwise respond to Danco's first amended complaint on or before November 15, 2023.

///
///
///
///
///
///
///

BASED ON THE FOREGOING STIPULATION, the Parties respectfully request that the Court adopt the proposed order submitted herewith, making the foregoing stipulation an order of the Court.

Dated: September 26, 2023

THOMAS | HORSTMEYER LLP

By: */s/ Eric G. Maurer*
Eric G. Maurer (GA Bar # 478199)
(pro hac vice)
Cynthia J. Lee (GA Bar # 442999)
(pro hac vice)

J. MARK HOLLAND & ASSOCIATES
J. Mark Holland (CA Bar No. 140453)

*Attorneys for Plaintiff Danco, Inc.*

Dated: September 26, 2023

PILLSBURY WINTHROP SHAW PITTMAN, LLP

By: */s/ Ranjini Acharya*
MARK D. LITVACK
CAROLYN S. TOTO
RANJINI ACHARYA

*Attorneys for Defendant Fluidmaster, Inc.*

### FILER'S ATTESTATION

Pursuant to Civil L.R. 5-4.3.4(a)(2) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained.

*/s/ Ranjini Acharya*
Ranjini Acharya