**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

DANCO, INC.,

     Plaintiff,

v.

                                     Civil Action No.: 5:23−cv−01415−SSS−SP

KINGSTON BRASS, INC.

     Defendant.

## <u>NOTICE OF DISMISSAL</u>

Plaintiff Danco, Inc. ("Plaintiff"), by and through its undersigned counsel, hereby give

notice that all claims asserted by Plaintiff against Defendant Kingston Brass, Inc. in this action

are dismissed, with prejudice and without costs, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i)

and the parties' Settlement Agreement effective September 14, 2023.

Respectfully submitted,

BY:  /J. Mark Holland/_____

J. Mark Holland
**J. MARK HOLLAND & ASSOCIATES**

Eric G. Maurer (GA Bar # 478199)
**THOMAS | HORSTEMEYER, LLP**

*Counsel For Plaintiff Danco, Inc.*

**IT IS SO ORDERED**, this ____ day of October, 2023.

_____
SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE