# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| DANCO, INC., <br><br> Plaintiff, <br><br> v. <br><br> FLUIDMASTER, INC. <br><br> Defendant. | Civil Action No.: 8:23-cv-01156-AB-DFM <br><br> NOTICE OF ERRATA |

TO THE HONORABLE DISTRICT COURT:

Plaintiffs hereby give notice of errata to the court and all parties regarding the Plaintiffs' Notice of Dismissal, electronically filed on October 4, 2023. Please disregard this filing. It was inadvertently filed under the wrong case. Plaintiffs respectfully request this Court to delete this document from this case.

Respectfully submitted,

BY: /J. Mark Holland/_____

J. Mark Holland
**J. MARK HOLLAND & ASSOCIATES**

Eric G. Maurer (GA Bar # 478199)
**THOMAS | HORSTEMEYER, LLP**

*Counsel For Plaintiff Danco, Inc.*