**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| DANCO, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FLUIDMASTER, INC., a California corporation, and DOES 1 THROUGH 5, inclusive,<br><br>　　　　　Defendants. | Case No. 8:23-cv-01156-AB (DFMx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING PATENT SCHEDULE** |

Before the Court is the joint stipulation of Plaintiff Danco, Inc. ("Danco") and Defendant Fluidmaster, Inc. ("Fluidmaster") (collectively, the "Parties"), regarding a proposed schedule for patent-specific events in the above-captioned matter.

Having reviewed the stipulation, and for good cause shown, the Court hereby GRANTS the Parties' Joint Stipulation Regarding Patent Schedule, and the following deadlines for patent-specific events, shall govern, as follows:

| Event | Stipulated Deadline |
|---|---|
| Danco Disclosure of Asserted Claims/Preliminary Infringement Contentions | 02/23/2024 |
| Danco document disclosure accompanying infringement contentions | 02/23/2024 |
| Fluidmaster Preliminary Invalidity Contentions | 04/08/2024 |
| Fluidmaster document disclosure accompanying invalidity contentions | 04/08/2024 |
| Exchange of Proposed Terms and Claim Elements for Construction | 04/22/2024 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence | 05/13/2024 |
| Joint Claim Construction and Prehearing Statement | 06/07/2024 |
| Completion of Claim Construction Discovery | 07/08/2024 |
| Simultaneous Opening Claim Construction Briefs | 07/22/2024 |
| Simultaneous Responsive Claim Construction Briefs | 08/05/2024 |
| Joint Claim Construction Statement | 08/23/2024 |
| Claim Construction Hearing | 09/06/2024 |
| Fact Discovery Cutoff | 09/27/2024 |
| Initial Expert Disclosures | 10/25/2024 |
| Rebuttal Expert Disclosures | 11/22/2024 |
| Expert Discovery Cutoff | 12/20/2024 |
| Last Date to File Dispositive and *Daubert* Motions | 01/24/2025 |

1       **IT IS SO ORDERED.**

3   DATED:

                HONORABLE JUDGE ANDRE BIROTTE JR.
                UNITED STATES DISTRICT JUDGE